14-1079 Gordon Brent Pierce Petitioner v. Securities and Exchange Commission Mr. Wells for the petitioner, Mr. Shiffrin for the respondent Good morning your honors, Mr. Marcellino and I represent the petitioner Gordon Brent Pierce We're asking you to vacate the Securities and Exchange Commission's discouragement order in the second case and grant no further relief beyond the discouragement that Mr. Pierce has already paid as a result of the final order in the first case There are three primary reasons that you should do this First of all, raised judicata applies There was no fraudulent concealment well before the end of the first case And Mr. Pierce's other affirmative defenses, equitable estoppel, judicial estoppel, and waiver would also bar the claim in the second case Was there fraudulent concealment before the beginning of the first case? That's debatable your honor, we don't need to debate that, but we do I'd like you to debate that I'll be happy to The initial order instituting proceedings alleged that Mr. Pierce conducted an illegal distribution in that S8 shares issued by Lexington Resources were delivered to him and he then resold them through a conduit, Newport, which was one of the parties in the second case and which was one of the associated persons of Mr. Pierce in the first case General Rob was another one of the offshore companies referred to in the first case in the OIP as the associates of Brent Pierce The revenues sought to be disgorged in the second case of $7.5 million were part of the $13 million alleged in the OIP in the first case My understanding is that before the first case he was asked if he had an ownership interest in Newport and all he said was he had an interest but did not admit to an ownership interest and denied any interest at all in Jenny Rob Am I right that he said those things and that he said them before the first case started? In effect, yes your honor, but he did admit that he controlled Newport in the first case He referred to it as his company, he simply denied that he was the actual beneficial owner of the string which is actually meaningless We will, if it needs to be conceded Did he file a registration form at the SEC after the investigation started that didn't disclose all of the trades that he did for Newport and disclosed no trades whatsoever through Jenny Rob? That's a beneficial ownership form He contends that he did file what was required by that form It did not require him to identify every single stock transaction that Newport conducted over that period of time He should have filed a claim, I'm sorry, a form for Jenny Rob as well He did not So the commission actually has a debatable or comparable claim that Mr. Pierce concealed the trading or the amounts traded by Newport and Jenny Rob although he did not conceal that they were his associates because the commission well knew that they were in documents In fact, when we asked in a motion to clarify that the division of enforcement identified the associates their response was, well, Mr. Pierce knows who they are, they're in all the documents that his company produced So that's why we say from the outset, the commission had My understanding of your argument here isn't that there weren't activities that could be characterized as fraudulent concealment Your position was limited to the question of whether fraudulent concealment can apply at all given that they knew about it before the first proceeding ended Is that right? I'm not sure I heard your question, Your Honor But you are not fighting over whether the activities in which he engaged, his answers to questions, his filings  But instead your position is, you knew everything before the case ended so we just can't get to fraudulent concealment at all We didn't say they knew everything We believe that the commission knew enough to raise the claim under the standards applicable in most circuit courts throughout the country So you are saying that they were required to seek, to amend, to allege the additional claims? I mean, as I understand it, this information came to them after the proceedings were ongoing Were they supposed to amend the OIP or whatever the relevant document is at that point? Yes, Your Honor But only a portion of the information came to the commission So if race judicata applies to the extent, they could have defeated it by amending it, obviously they could have But they are required to amend? Or else race judicata is going to apply? They are required either to amend or specifically reserve the claim Either get Mr. Pierce's agreement to reserve the claim or get the court's agreement Or at least that would start with the commission They did the poor opposite of that Each violation is individual, they don't have to bring all violations together That's correct, Your Honor, and they chose not to do that at the outset So what we have a problem with is their position in the second case Because at the close of the evidentiary hearing in the first case They had not yet even argued that Mr. Pierce controlled Lexington They obtained evidence from Liechtenstein They used that evidence to support the second claim, the $7.5 million claim Pertaining to the trading in the accounts of Newport General The fact that you have evidence that would support both individual violations I'm not sure I understand your legal prescription against that Once they obtain the evidence No, I understand, but you can have evidence that will support a second claim Which is an individual claim that you do not have to join They have no obligation to join all individual violations of the act They can pursue them separately But you can have evidence that crosses over both So merely because you use the evidence from a separate independent violation In support of your first one Doesn't mean that you're now barred from pursuing the second I've never seen that thing Yes, Your Honor, once you actually make the claim That's the problem the division has here They did capture the evidence in time to bring the claim in the first proceeding They chose not to reserve the claim for a different proceeding Well, they in fact did reserve the claim No, they did not, they did the poor opposite In fact, they did because they couldn't pursue it They could, Your Honor, they did No, they didn't because they were barred from it No, they weren't barred, Your Honor They chose to abandon the claim at the preliminary level But not on the merits Well, yes, they did, Your Honor Now I understand what you're saying That's just a matter of how we're reading the record I hear what you're saying, I misunderstood what you were saying I thought they actually used the claim to establish liability in the first place They did, they did, Your Honor, they absolutely did that They used it in the first proceeding They used the evidence to establish liability But that's not prohibited No, it's not I mean, that doesn't, in other words, that doesn't get you where you want to go on stare decisis I mean, so what? Well, they had the same legal What I'm trying to say is, so you're answering what my concerns are You can have evidence from a lot of claims that you're going to bring later And use them in the first claim That does not mean you cannot pursue those other claims later Yes, it does, if you You don't have to show me the case law that says that Well, that's in our briefs, so If the starting notion is that this enforcement agency has the authority to pursue enforcement actions one after one after one They don't have to join them They can take them one at a time And that's my understanding Right And my understanding is there may be evidence with respect to those many claims That you would offer in a number of them Right My further understanding is, because you use evidence in the first one That you're going to use in the second one You're not barred from bringing the second one Because the second claim is based on a different theory Right, not, well, no, your honor It's not based on a different theory No, I'm not talking about this case As a general understanding Oh, yes, your honor No problem with that Okay And that's why, actually, the stronger argument that we have And the one that we would actually prefer to make Rather than the questionable one About whether the commission had constructive knowledge at the outset of the OIP Was that they actually did raise the claim in pleadings Pleading after pleading, repeatedly They submitted the new evidence shortly after the initial hearing concluded The hearing was real They submitted the evidence not to make a claim Yes, they did, your honor They had the claim in several pleadings The motion Are you saying they did assert this as a claim? Yes, your honor Hold on, whoa, whoa, whoa, whoa, wait just a minute Please try not to talk while we're I'm sorry Please don't talk while we're interrupting I thought I understood you to say when I questioned you a while ago That they should have amended to assert the claim You're now seeming to be saying they did assert They did, exactly Which is it? That they should have amended to assert the claim Or that they did assert the claim? They did That's the argument I prefer to make I was actually asked to make the preliminary argument That we don't think is as strong as the argument that we make in our brief Just to clarify, are you saying When you say they asserted it Are you talking about they tried to put it in And then the ALJ said no They didn't just try to put it in They did put it in The preliminary And then the ALJ said I won't take those additional claims Yes, the ALJ said I'll take the evidence And I'll use it to find that Mr. Pierce controlled All of these entities including Lexington That's not impermissible No problem with that But they did not make the direct Or did not allow The ALJ did not allow the direct claim Based on that part of the transactional framework In effect, your honor, the ALJ said I can't handle this seven and a half million dollar claim Although I'm going to use all the evidence supporting it Correct Because the commission hasn't delegated to me the authority To handle this claim To allow an amendment of the OIP Beg your pardon? To allow an amendment of the OIP Exactly So the division had at its behest Tools that it should know better than anybody In the form of the rules That allowed it to move to amend It actually cited a sort of an appellate rule 452 to submit the evidence A rule that's used at the commission level Rather than the ALJ level And it had rule 410 Which says you better appeal within 21 days Or that order by the ALJ is going to become final And so Mr. Pierce I just want to do Back up on one thing In response to some questions from Judge Edwards And that is You said they could bring One claim at a time I suppose in a civil proceeding They could have In civil litigation In regular federal court They could bring one action For one sale And another action the next day For another sale But if they choose in federal court To come in And group all of these sales together And treat them as a common Violation Or a common basis For a collective basis for violation A collection of activities For which they're asserting liability Say they said We're going to do every sale From 2000 to 2002 But then left out three From December 2002 Complete that litigation Could they then say Well we get to bring those three We left out from December 2002 Because we could bring One at a time anyhow So now we're fine to bring those Would they or would Race Judicata prevent that? They could make that argument That would be one of the closer cases But here they Would Race Judicata prevent that? On the three additional claims I don't know why I don't know why This is pretty easy In most courts it would And I would suggest That in this court It would Under the case Appropriately named Capitol Hill group Out of the circuit Certainly that would be The hard test That would be applied To bar the claim Then why are you conceding That they could have brought All of these one at a time Because they made a decision Up front to group them That's what we're going to litigate And so I thought Your Race Judicata argument Is that's fine Then you've got to get Everything that's within that group And we have to decide Whether the second case claims Were within that group Well because people Are allowed to reserve claims If they do so explicitly So besides reserving Not reserving I think under Judge Edwards Hypothetically They wouldn't have They would not reserve They could just bring A lawsuit one day on one claim Or another lawsuit Another day on another claim Well theoretically They could do that And Race Judicata Might not apply For example If the parties Were not the same If the claims Did not derive From the common nucleus Of operative fact If there were different facts And different legal theories Supporting different claims If a new statute Generated a new remedy After the first set of claims They could come back We've discussed those Exceptions in our brief Unfortunately For the commission That's not the case They chose To make the claim In their proceeding In effect Picture the commission As a district They didn't get To make the claim In their proceeding But they did Your honor They made it And they had Every opportunity He or she Couldn't handle that claim Is that Not the one We're talking about Yes your honor But that's a subordinate That's not the commission That's the commission's Task manager If you will Picture the commission As a federal district court With peculiar expertise In securities law They know all the nooks And crannies Of securities law So cases go To that district judge Because she knows The nooks and crannies Of securities law That district judge says Well I think I'll have A special master To weed out all the facts And handle all these Legal arguments And save me A lot of time And then some party Takes the special master Makes a claim Before the special master Submits evidence Before the special master Then says Wait a second Special master I've got more evidence And I've got another claim And the special master Says I'll take your evidence But you know For that new claim You better go To the federal district judge Because I don't have The authority And you're saying That would work At preclusion of that claim Absolutely your honor Because if not    Was following the rules In the litigation channel He was forced To handle He was stuck In the other side Of the equation He was stuck In the other side Of the equation He was stuck In the commission's Litigation channel He wasn't following the rules Because he didn't give them All the information They needed But they got it anyway So assuming he didn't And that's a fair assumption They got the information In time And they chose To use it then Which then induced Mr. Pierce Not to appeal Because Well but the then Was pretty late In the process It was too late To pursue If I'm an enforcement Prosecutor It's not doing me Any good To get the information That late To build my case On the second case It may help My first case But you wouldn't Want that either If you were the prosecutor You wouldn't want To start on your Second claim That late in the game Well your honor It didn't bother them a bit They have good Resources Well but it bothered you You opposed Even having it come in At all And then now You want to Argue to us That they should Have brought it in That's right your honor Because we followed The rules We said hey This is sort of We're being blindsided They said Well that's okay Things work sort of In reverse In the commission's Proceedings You have a factual Hearing And then you have Ample post hearing Briefs And this claim Was made In a motion After the hearing Way before The post hearing Briefs were filed So the division Submitted the Seven and a half Million dollar claim Exactly the same Claim Same facts Same legal arguments As were brought In the second case Where they even Used collateral As stoppel And then They argued Again in their Post hearing Briefs That they Should get An extra Seven and a half Million dollars In disgorgement The ALJ Only disgorged Two point one Million dollars Not nine Point six million Dollars Mr. Pierce Looked at the Rules And he said You know These are rules Just like the Federal court Has rules And we better Follow them But you know If we appeal The two point one Million dollar Disgorgement award And all the Complaints we have About getting the Evidence out of Liechtenstein They might actually Cross appeal And they might get An additional  Million Because after all There before the Commission The commission Hasn't even Ruled yet And so Mr. Pierce Said I better Play by the Rules And I'm going to Sacrifice my Appeal rights So that I can get Finality And he then Paid the judgment Resulting from the Final order The division Had the same Obligation To follow the Rules And appeal The amount of The disgorgement Order If they thought Two point one Million Was not sufficient Remediation To serve the Public interest Then they were The ones charged With knowledge And they certainly Had the expertise And they certainly Know the rules And they could have Appealed within twenty Days In which case Then they would Have signaled to Mr. Pierce You better cross Appeal Or we're going to Get nine point six Million out of this And then he would Have cross appealed He said maybe not Maybe you'll get Zero And you know what Maybe there would Have been a settlement For two million dollars What's really Unfair about this Is that by following The commission's Rules Mr. Pierce is being Punished Because the commission Has been allowed To use The seven Rules Including not Providing all the Information The commission needs At the outset Right Right At the time he Didn't provide it You're saying He followed the rules That's Once we At that point Yes your honor At what point At the beginning I'm not going to Argue that he Did everything He should have done From the outset Okay He had records In Lichtenstein So they got Those records Eventually And so The commission Was able to bring The claim Now the question Becomes Should the commission Follow rules That it enforces In the public Interest itself Or should we Have a government Agency That can create Its own rules Not play by Its own rules And exploit People who actually Do follow the rules And it's not like They didn't get Their pound of flesh From Mr. Pierce They got $2.1 million In disgorgement From him By raising The $7.5 million Claim And now they want To use it A second time And take another Well now it's up To $11 million With all the interest Prejudgment I think I think we've got Your argument We'll hear from the SEC Now Thank you Thank you Thank you Thank you Thank you Thank you Thank you Thank you Thank you Thank you May it please the Court Ben Chiffrin for the Security and Exchange Commission And I think The rule That we're talking About here is Rejudicata And I think The reason Rejudicata Doesn't apply here There are two reasons The court Was just talking About one Is that the causes Of action In the two Proceedings Aren't the same And that two Even if the causes Of action Could be considered The same The fraudulent Concealment exception Would prevent the Application of Rejudicata here Can I ask you To clarify One thing On Denying Reconsideration J88 The Commission Said Disavowed Reliance on Any Flexible Administrative Rules of Rejudicata And said It's It's ruling Is entirely Consistent with The application Of Rejudicata In the Federal Courts Given the Application of Rejudicata In the Federal Courts Is not Itself Particularly Consistent What did They mean By that Do they Mean Federal Court Cases Applying Rejudicata To agency Proceedings Or general Civil litigation Or General  And They Said The Commission Was Differently Because This was An administrative This was Applying The rules Of Rejudicata Differently Because this Was an Administrative Proceeding And the Commission Was saying That it Was not Doing It Properly And I Think Its Opinion Makes That Clear But I Think It Just Wanted To Be Especially Clear In Response To Pierce's Argument In His Motion For Reconsideration It's Grounding His Decision Right As Announced By The Federal Court In Judicial Proceedings The Commission Could Help Itself By Saying We Looked At Our Statute And For These Types Of Issues  If The Commission Was Doing That Violates The Statute Of The Constitution They Would Have That And We Wouldn't Have To Sit Here Trying To Figure Out What's In The Common Nucleus Of Operative Facts And What's Out In This Case Right Well I Think The Commission Did In This Opinion Point Out That Some Courts Have Said It  Apply More Flexibly But It Didn't Claim To Be Doing That As A Matter Of Its Authority Under The Statutes At Issue Except For One Instance I Think The          Courts Have Said It Applied More Flexibly But It Didn't Claim To Be Doing That As A Matter Of Its Authority Under The Statutes At Issue  For  Instance I Think The Commission Do That As A Matter Of Its Authority Under The Statutes At Issue  For One      Did  This Opinion Except For One Instance I Think The Commission Did In This Opinion Except For For One Instance I  The Commission Did In  Opinion Except For One Instance I Think The Commission Did In This Opinion Except For One Instance I Think The Commission  In This Opinion  For One Instance I Think The Commission Did In This Opinion Except For One Instance I Think The Commission Did In This Opinion  For In This Opinion Except  One Instance Think The Commission Did    Except For Think The Commission Did  This Opinion Except   Except For One Instance  Think The Commission
judges: Millett, Edwards, Sentelle